# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139753

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT S. MOSER, II,
        Plaintiff-Appellee,

v

CITY OF DETROIT and WAYNE COUNTY,
        Defendants,
and

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
        Defendant-Appellant.

SC: 139753
COA: 283922
Wayne CC: 06-629396-NP

_____/

      On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

0125